UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2003-1, ASSET-BACKED CERTIFICATES, SERIES 2003-1;<br>*Plaintiff*<br><br>v.<br><br>FREDERIC A. GLADLE,<br>BARBARA L. GLADLE,<br>*Defendants* | No. A-19-CV-00613-ML |

## REPORT OF MEDIATOR

This is to report that after mediation session on March 8, 2022, the parties to the above case reached a settlement of all claims between them. The agreement contemplates that the parties will draft and execute a formal settlement agreement, and present a proposed final judgment to the Court.

The Clerk is directed to serve a copy of this report on all parties.

SIGNED March 8, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE

1